United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 28, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-60448
Summary Calendar

ANTHONY OLUSEGUN IROKO,

Petitioner-Appellant,

versus

ALBERT R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent-Appellee.

--------------------
Appeal from the Board of Immigration Appeals
No. A23 566 452
--------------------

Before JONES, Chief Judge, and WIENER, and DeMOSS, Circuit
Judges.

PER CURIAM: [*]

Anthony Olusegun Iroko (Petitioner) petitions this court to
review the order of removal entered by the Board of Immigration
Appeals (BIA) on April 26, 2005. For the reasons stated by the
BIA in such order, we affirm the decision of the BIA that upheld
the decision of the immigration judge on this matter, and we
therefore deny the petition for review.

DENIED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.